AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Cornell D.M. Judge Cornish Pro Se

**SUMMONS IN A CIVIL CASE**

V.

Jon Dudas, et al

CASE NUMBER: 1:07-cv-01719 *RWR*

TO: (Name and address of Defendant)

The U.S. Attorney for the District of Columbia
501 Third Street, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S~~ATTORNEY~~ *PRO SE* (name and address)

Cornell D.M. Judge Cornish
1101 New Hampshire Ave., NW, Suite 301
Washington, DC 20037-1502

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

SEP 2 7 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  10/2/07 | |
| NAME OF SERVER (PRINT)  LaKisha  Carroll | TITLE  Docket Clerk | |

_Check one box below to indicate appropriate method of service_

☐  Served personally upon the defendant.  Place where served: _____

☑  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  LaKisha Carroll docket clerk  10/2/07  4:55pm

☐  Returned unexecuted: _____

☐  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___10/2/2007___     _____
Date                         _Signature of Server_

_____
_Address of Server_

# RECEIVED

OCT - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Cornell D. C. Judge Cornish

V.                                                    **SUMMONS IN A CIVIL CASE**

Jon Dudas, et al

CASE NUMBER: 1:07-cv-01719(RWR)

**TO:** (Name and address of Defendant)

U.S. Patent and Trademark Office
Madison West Building
600 Dulany Street
Alexandria, VA 22314

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Cornell D. M. Judge Cornish
1101 New Hampshire Ave, NW, Suite 301
Washington, DC 20037-1502

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP 27 2007

CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 10/2/07 |
| NAME OF SERVER *(PRINT)* KYRA ABRAHAM | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Kyra Abraham.

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
Date                Signature of Server

_____
Address of Server

**RECEIVED**

OCT - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OIPE
OCT 0 2 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Cornell D.M. Judge Cornish Pro Se

**SUMMONS IN A CIVIL CASE**

V.

Jon Dudas, et al

CASE NUMBER: 1:07-cv-01719 *RWR*

TO: (Name and address of Defendant)

Jon Dudas
Madison West Building
600 Dulany Street
Alexandria, VA 22314

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY *pro se* (name and address)

Cornell D.M. Judge Cornish
1101 New Hampshire Ave., NW, Suite 301
Washington, DC 20037-1502

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP 2 7 2007
_____               _____
CLERK                                      DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** 10/2/07 | |
| NAME OF SERVER (PRINT) | **TITLE** Docket Clerk  Public Service Center | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _Docket Clerk Public Sv. Center_

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                              Signature of Server

_____
Address of Server

**RECEIVED**

OCT - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Cornell D.M. Judge Cornish Pro Se

**SUMMONS IN A CIVIL CASE**

V.

Jon Dudas, et al

CASE NUMBER: 1:07-cv-01719 *RWR*

TO: (Name and address of Defendant)

Harry I. Moatz

Madison West Building

600 Dulany Street

Alexandria, VA 22314

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ *pro se* (name and address)

Cornell D.M. Judge Cornish

1101 New Hampshire Ave., NW, Suite 301

Washington, DC 20037-1502

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP 27 2007

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/2/07 |

| NAME OF SERVER (PRINT) Ciandra Hamilton | TITLE Docket Clerk |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:   Ciandra Hamilton

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
Date                              Signature of Server

_____
Address of Server

**RECEIVED**

OCT - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED
OCT 0 2 2007
OFFICE OF ENFORCEMENT
AND DISCIPLINE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Cornell D.M. Judge Cornish Pro Se

**SUMMONS IN A CIVIL CASE**

V.

Jon Dudas, et al

CASE NUMBER: 1:07-cv-01719 *RWR*

TO: (Name and address of Defendant)

The U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ *PRO SE* (name and address)

Cornell D.M. Judge Cornish
1101 New Hampshire Ave., NW, Suite 301
Washington, DC 20037-1502

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

SEP 2 7 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/2/07 |

| NAME OF SERVER (PRINT) Cornell D. M. Judge Cornish | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): ___Express Mail_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___10/2/07___     ___Cornell D. M. Judge Cornish___
              Date                          Signature of Server

___1101 New Hampshire Ave, NW___
Address of Server
___Washington, DC 20037___

## RECEIVED

OCT - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Cornell D.M. Judge Cornish Pro Se

**SUMMONS IN A CIVIL CASE**

V.

Jon Dudas, et al

CASE NUMBER: 1:07-cv-01719 RWR

TO: (Name and address of Defendant)

William J. Griffin
Madison West Building
Alexanria, VA 22314

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ *PRO SE* (name and address)

Cornell D.M. Judge Cornish
1101 New Hampshire Ave., NW, Suite 301
Washington, DC 20037-1502

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

~~NANCY MAYER-WHITTINGTON~~

SEP 27 2007

CLERK

DATE

(By) DEPUTY CLERK

Return of Service

Name of Server
Ciandra Hamilton        Docket Clerk        Date: 10/2/07
571·272-6080

Name of Person with whom the summons was left

RECEIVED
OFFICE OF ENROLLMENT
AND DISCIPLINE

OCT 0 2 2007

RECEIVED

RECEIVED

OCT - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT