```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```
FILED
OCT 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
CORNELL D.M. JUDGE CORNISH,      )
                                 )
           Plaintiffs,           )
                                 )
     v.                          ) Civil Action No. 07-1719 RWR
                                 )
JON DUDAS, Under-Secretary of    )
  Commerce for Intellectual Property)
  and Director of the U.S. Patent)
  and Trademark Office, et al.,  )
                                 )
           Defendants.           )
_____)
```

ORDER

UPON CONSIDERATION of Defendants' Motion For Leave To File Under Seal, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this 12th day of October, 2007, hereby

ORDERED that Defendants' Motion For Leave To File Under Seal should be and hereby is granted; and it is

FURTHER ORDERED that the Opposition, Declarations, Exhibits and Administrative Record lodged with Defendants' Unopposed Motion For Leave To File Under Seal shall be accepted for filing under seal; and it is

FURTHER ORDERED that the documents shall be maintained under seal and not available to the general public for a period of 10 business days, whereupon the seal shall be lifted and the documents deemed to have been filed on the public record, provided however, that if Plaintiff shall file a motion to continue or modify the seal before the passage of that 10-day

period, the seal shall remain in place until resolution of the motion filed by the plaintiff.

                                                                                           /s/ Roberts
_____
                        UNITED STATES DISTRICT JUDGE

copies to :

W. MARK NEBEKER
Assistant U.S. Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530

CORNELL D.M. JUDGE CORNISH, ESQ.
Suite 301
1101 New Hampshire Ave., N.W.
Washington, DC  20037-1502