UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Cornell D.M. Judge Cornish, Esq.<br>Suite 301<br>1101 New Hampshire Ave., NW<br>Washington, DC 20037-1502<br>(202) 429-9705<br>DC Bar Number 366240<br><br>Plaintiff *Pro Se*<br><br>v.<br><br>JON DUDAS, in his Official<br>Capacity as Under-Secretary of Commerce for<br>Intellectual Property and Director of the<br>United States Patent and Trademark Office<br>And the UNITED STATES PATENT AND<br>TRADEMARK OFFICE<br>P.O Box 1450<br>Alexandria, VA 22313-1450<br><br>Harry I. Moatz, in his Official Capacity as<br>Director<br>Office of Enrollment and Discipline<br>U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450<br><br>William J. Griffin, in his Official Capacity as<br>Staff Attorney<br>Office of Enrollment and Discipline<br>U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

RECEIVED
OCT 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE 07-CV-01719 (RWR)
Assigned to: Roberts, Richard W.
Assign. Date: 9/26/2007
Description: Pro Se Gen. Civil

**MOTIONS TO CONTINUE SEAL ORDER OF OCTOBER 12, 2007 UNTIL**

**MODIFED OR RESOLVED, AND TO REFER EXHIBITS TO LAWYERS**

**COUNSELING UNDER LOCAL RULE LCrR 57.31**

1

  I.  **Motion To Continue Seal Until Order Modified or Resolved;**

  II.  **Motion To Resolve The Issue of Continuation or Modification;**

  III.  **Motion to Modify the Sealing Order By An Interim Referral Of Defendants' Exhibits To Lawyer Counseling Under Local Rule 57.31.**

  These Motions are filed with Plaintiff's Answer to the Defendants' Request for a Seal Order on October 11, 2007, and the Court's Seal Order on October 12, 2007. These Motion are timely because they are filed within five plus three business days to continue the Court's Order To Seal File.

  To this end, this is a Motion to Continue the Court's Seal Order of October 12, 2007.

  This is a Motion to Resolve the Issue of Continuation or Modification of the Court' Seal Order in a Final Hearing on the Merits.

  This is a Motion to help the Court Modify the Court's Seal Order in a Final Hearing on the Merits by an Interim Referral of Defendants' Exhibits To Lawyer Counseling Under Local Rule 57.31.

  As agreed orally with Defendants' attorney, these Motions and the attached Answer and Reply Brief are timely filed before the five plus three working day period allowed under the Rules, which makes it due on October 22, 2007.

Respectfully submitted,

*Cornell D.M. Judge Cornish*

Cornell D.M. Judge Cornish *Pro Se*
1101 New Hampshire Ave., NW
Suite 301
Washington, DC 20037-1502
(202) 429-9705
cornishj@erols.com

This is to Certify that this Motion, which was filed in the District Court for the District of Columbia by hand on October 8, 2007, with a letter of explanation dated October 6, 2007, which was attached thereto for the above-identified case 07-cv-01719, was served on the Defendants by first class mail on October 8, 2007.

*Cornell D.M. Judge Cornish*
Cornell D.M. Judge Cornish, Plaintiff *Pro Se*

3