UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CORNELL D.M. JUDGE CORNISH,           )
                                      )
         Plaintiffs,                  )
                                      )
     v.                               )Civil Action No. 07-1719 RWR
                                      )
JON DUDAS, Under-Secretary of         )
  Commerce for Intellectual Property)
  and Director of the U.S. Patent     )
  and Trademark Office, <u>et al.</u>,       )
                                      )
         Defendants.                  )
_____)

DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
<u>AND MEMORANDUM IN SUPPORT THEREOF</u>

Defendants hereby request a one-week enlargement of time within which to respond to the petition in this action, up to and including November 7, 2007.[1]  In a telephone conversation on October 31, 2007, Plaintiff indicated that he does not oppose this motion.

This request is made because undersigned counsel has nearly completed a lengthy dispositive motion in this action.  Many of the facts set forth in support of the dispositive motion, however, were previously identified in support of Defendants'

_____

[1]  The Court's docket indicates that a response is not due until December 3, 2007, because a 60-day summons was reportedly served on October 2, 2007.  <u>See</u> Docket Entry No. 3.  In fact, it was plaintiff who attempted service.  However, Counsel then received a copy of a summons and complaint which Plaintiff indicates was served, consistent with Fed. R. Civ. P. 4(c)(2), by a non-party on or about October 11, 2007.  Counsel wishes to ensure that he remains in compliance with both the summons and the requirements of Local Civil Rule 83.7, which would call for an answer in 20 days.

Opposition To Plaintiff's Motion For Preliminary Injunction, which Plaintiff has asked to maintain under seal.  Although Defendants do not necessarily agree that these facts should ultimately be kept sealed, they are in favor of initially placing them under seal to allow the Court to review them to make such a determination before being placed on the public record.  Counsel could not, however, complete the dispositive motion and a motion for leave to file under seal in time to get it to the clerk's office for filing under seal.  Indeed, there remain a few details to finalize in the dispositive motion and counsel must devote much of the next few days to discovery and appellate matters in unrelated cases.  For these reasons, Defendants ask that they be permitted to respond to the complaint in this action on or before November 7, 2007.  A proposed Order consistent with this motion accompanies this motion.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney


-2-

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendants'

Unopposed Motion For Enlargement Of Time, And Memorandum In

Support Thereof and a proposed order has been made by mailing

copies thereof to:

CORNELL D.M. JUDGE CORNISH, ESQ.
Suite 301
1101 New Hampshire Ave., N.W.
Washington, DC  20037-1502

on this 31st day of October, 2007.


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CORNELL D.M. JUDGE CORNISH,        )
                                   )
        Plaintiffs,                )
                                   )
    v.                             )Civil Action No. 07-1719 RWR
                                   )
JON DUDAS, Under-Secretary of      )
  Commerce for Intellectual Property)
  and Director of the U.S. Patent  )
  and Trademark Office, <u>et al.</u>,   )
                                   )
        Defendants.                )
_____)

ORDER

UPON CONSIDERATION of Defendants' Unopposed Motion For

Enlargement Of Time, And Memorandum In Support Thereof, and for

the grounds stated therein, and based upon the entire record

herein, it is on this _____ day of _____, 2007, hereby

ORDERED that  Defendants' Unopposed Motion For Enlargement

Of Time, And Memorandum In Support Thereof should be and hereby

is granted; and it is

FURTHER ORDERED that Defendants may respond to the complaint

in this action on or before November 7, 2007.

_____
                        UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER              CORNELL D.M. JUDGE CORNISH, ESQ.
Assistant U.S. Attorney     Suite 301
555 4th Street, N.W.        1101 New Hampshire Ave., N.W.
Civil Division              Washington, DC  20037-1502
Washington, DC  20530