```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

CORNELL D.M. JUDGE CORNISH,        )
                                   )
        Plaintiffs,                )
                                   )
    v.                             )Civil Action No. 07-1719 RWR
                                   )
JON DUDAS, Under-Secretary of      )
  Commerce for Intellectual Property)
  and Director of the U.S. Patent  )
  and Trademark Office, et al.,    )
                                   )
        Defendants.                )
                                   )
```

DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL,
AND MEMORANDUM IN SUPPORT THEREOF

Defendants hereby request that the Court permit the filing of the attached Defendants' Motion To Dismiss, Or In The Alternative, For Summary Judgment under seal pending a ruling on Plaintiff's request to continue the seal in this case. Defendants have previously explained why the submission under seal should be permitted only long enough for the Court to consider Plaintiff's request that the seal be permanent, which Defendants have opposed. Accordingly, Defendants incorporate the

memoranda filed on October 11, 2007 and November 5, 2007.  A proposed Order accompanies the motion.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Defendants' Unopposed Motion For Leave To File Under Seal and the accompanying Defendants' Motion To Dismiss, Or In The Alternative, For Summary Judgment, has been made by mailing copies thereof to:

CORNELL D.M. JUDGE CORNISH, ESQ.
Suite 301
1101 New Hampshire Ave., N.W.
Washington, DC  20037-1502

on this 7th day of November, 2007.

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

CORNELL D.M. JUDGE CORNISH,         )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              ) Civil Action No. 07-1719 RWR
                                    )
JON DUDAS, Under-Secretary of       )
  Commerce for Intellectual Property)
  and Director of the U.S. Patent   )
  and Trademark Office, et al.,     )
                                    )
        Defendants.                 )
_____)
```

ORDER

UPON CONSIDERATION of Defendants' Unopposed Motion For Leave To File Under Seal, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2007, hereby

ORDERED that Defendants' Motion For Leave To File Under Seal should be and hereby is granted; and it is

FURTHER ORDERED that Defendants' Motion To Dismiss, Or In The Alternative, For Summary Judgment shall be accepted for filing under seal, pending a ruling on Plaintiff's motion to continue the seal in this action.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER                   CORNELL D.M. JUDGE CORNISH, ESQ.
Assistant U.S. Attorney           Suite 301
555 4th Street, N.W.              1101 New Hampshire Ave., N.W.
Civil Division                    Washington, DC  20037-1502
Washington, DC  20530