## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Cornell D.M. Judge Cornish, Esq.<br>Suite 301<br>1101 New Hampshire Ave., NW<br>Washington, DC 20037-1502<br>(202) 429-9705<br>DC Bar Number 366240<br><br>Plaintiff *Pro Se*<br><br>v.<br><br>JON DUDAS, in his Official<br>Capacity as Under-Secretary of Commerce for<br>Intellectual Property and Director of the<br>United States Patent and Trademark Office<br>And the UNITED STATES PATENT AND<br>TRADEMARK OFFICE<br>P.O Box 1450<br>Alexandria, VA 22313-1450<br><br>Harry I. Moatz, in his Official Capacity as<br>Director<br>Office of Enrollment and Discipline<br>U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450<br><br>William J. Griffin, in his Official Capacity as<br>Staff Attorney<br>Office of Enrollment and Discipline<br>U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450<br><br>Defendants | )<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>CASE  07-CV-01719 (RWR)<br>Assigned to: Roberts, Richard W.<br>Assign. Date: 9/26/2007<br>Description: Pro Se Gen. Civil |

### PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF, AND IN SUPPORT OF

RECEIVED
NOV - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## **PLAINTIFF'S MOTION HERE         UNDER RULE 12 TO DEFER DETERMINATION OF MOTIONS AND CROSS-MOTIONS, INCLUDING MOTIONS TO DISPOSE UNTIL TRIAL**

This is Plaintiff's Unopposed Motion (1) For Enlargement of Time, and Memorandum in Support thereof, and in Support Of Plaintiff's Motion To Defer Determination of all Motions filed hereinafter until trial of Plaintiff's Motion For Preliminary Injunction filed on September 26, 2007 with a 60-day Summons and Complaint. This includes deferral until trial of Determination of Dispositive Defenses, without limitation, as follows: 1) Lack of Jurisdiction over subject matter; 2) Lack of jurisdiction over the person; 3) improper venue; 4) Insufficiency of Process; 5) Insufficiency of service of process; 6) failure to state a claim upon which relief can be granted; 7 failure to join a party under Rule 19.

Plaintiff Motion hereby requests a 26 day Enlargement of Time by an extension of time within which to respond to Defendants 10/16/07 Opposition (1) in this action, up to an including Tuesday November 6, 2007 (albeit, the Court's docket indicates that Plaintiff already attempted to file his Motion in Opposition on 10/22/07, whereby, this Motion is in addition to, but alternately in substitution for his 10/22/07 Opposition, by the Enlargement of the Time requested hereby, and while Plaintiff is still awaiting Defendant's definitive waiver or the extension of the 60—day summons dated 9/26/2007, which was entered 9/27/07 with Answer Due December 3, 2007, or acceptance of the summons served on October 2, 2007 and returned 10/11/07). See the docket entries, which are not available to Plaintiff electronically because of the Seal Order of 10/15/07, which was entered on October 16, 2007, and the continuation of that Order beyond the 10

2

days set unless Plaintiff filed a Motion to Continue or Modify, which he did on 10/22/2007. Plaintiff is informed by Defendants' Counsel that the Seal Order is being continued in Response to Plaintiff's Motion to Continue filed 10/22/07. Plaintiff and Defendants' attorney are trying to simplify issues as what redacting and suppression should continue and what should be corrected and continued, but this is a slow process and will require numerous exchanges of information and Memorandum of Points and Authorities in Support and Opposition to continuance of the Seal Order, and which, in any event, Plaintiff submits, should be left to a final hearing and a decision by the Court on the merits. So far the Court has not entered an Order allowing Plaintiff electronic access, which was requested by Motion on 10/22/07, subject to conformance as soon as Plaintiff can gain access to the Docket.

This request is made because Plaintiff was requested, and Plaintiff agreed, to make a reasonable accommodation to Defendant's Counsel by agreeing to his extension of time for enlargement of his time to allow him to remain in compliance with Local Civil Rule 83.7, which would call for an answer within 20 days to prevent a Motion for Summary Judgment of a Permanent Injunction for failure to respond on time. The enlargement requested by Defendant's Counsel was due to Defendants' desire to initially ask that the facts and entire procedure be kept under seal to allow the Court to review them and to make a determination before being placed on the public record. Defendants' Counsel could not complete the dispositive motion and a motion for leave to file under seal in time to get it to the clerk's office for filing under seal. Additionally, there remained a few details to finalize in the dispositive motion and counsel had to devote much of his days between October 31, 2007 and November 7, 2007 to discovery and

appellate matters in unrelated cases.  A proposed Order consistent with this Motion accompanies this Motion.

                                                           Respectfully submitted,

*Cornell D. M. Judge Cornish*

                                                           Cornell D.M. Judge Cornish
Date:  10/9/07                             1101 New Hampshire Ave., NW
                                                           Suite 301
                                                           Washington, DC 20037
                                                           (202) 429-9705
                                                           cornishj@erols.com

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

Case: 07-cv-01719 (RWR)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that service of the foregoing has been made by hand delivering a copy thereof to:

W. Mark Nebeker, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7230

on this 9th day of November, 2007.

*Cornell D. M. Judge Cornish*
Cornell D.M. Judge Cornish, Pro Se
1101 New Hampshire Ave., NW
Suite 301
Washington, DC 20037-1502
(202 429-9705

Date: 11/9/07