```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                  )
**CORNELL D.M. JUDGE CORNISH,**   )
                                  )
    **Plaintiff,**              )
                                  )
    v.                        )   Civil Action No. 07-1719 (RWR)
                                  )
**JON DUDAS, et al.,**            )
                                  )
    **Defendants.**            )
_____)

## ORDER

In light of plaintiff's unopposed motion [5] for permission to file electronically, it is hereby

ORDERED that plaintiff file an amended motion on or before December 21, 2007 that complies with Local Civil Rule 5.4(b)(2) by describing his access to the internet and confirming his capacity to file documents and receive the filings of other parties electronically on a regular basis.

SIGNED this 6th day of December, 2007.


                                                             _____/s/_____
                                                             RICHARD W. ROBERTS
                                                              United States District Judge