UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
CORNELL D.M. JUDGE CORNISH,    )
                               )
      Plaintiff,               )
                               )
      v.                       )    Civil Action No. 07-1719 (RWR)
                               )
JON DUDAS, et al.,             )
                               )
      Defendants.              )
_____)
```

## ORDER

It is hereby

ORDERED that plaintiff's unopposed motions for an extension of time [13, 15] to file his amended reply to defendants' opposition [7] to plaintiff's motion for a preliminary injunction be, and hereby are, GRANTED IN PART AND DENIED IN PART. Plaintiff's amended reply [13-2] shall be deemed filed as of the date of this Order.  Plaintiff's request to compel the testimony of defendant Harry I. Moatz by subpoena in a show cause hearing is DENIED.  It is further

ORDERED that plaintiff's motion [10] and any other requests by plaintiff to continue the October 12, 2007 seal order be, and hereby are, GRANTED IN PART AND DENIED IN PART.  The parties shall file under seal unredacted versions of any documents containing personal identifiers identified in Local Civil Rule 5.4, privileged information, and/or proprietary information.

- 2 -

However, the parties must file redacted versions of such documents on the public record.  Plaintiff's request for a referral to the Lawyer Counseling Panel is DENIED.  It is further

ORDERED that defendants' unopposed motion [16] for leave to file under seal their motion to dismiss be, and hereby is, GRANTED IN PART AND DENIED IN PART.  Defendants must file a redacted version of their motion to dismiss on the public record on or before December 20, 2007.  The defendants' motion to dismiss shall be deemed filed under seal as of the date of the entry of this Order.  It is further

ORDERED that plaintiff's unopposed motion [17] for an extension of time to respond to defendants' motion to dismiss be, and hereby is, GRANTED.  Plaintiff shall have 11 days from the entry of this Order by which to file an opposition to defendants' motion to dismiss.

SIGNED this 7th day of December, 2007.


_____/s/_____
RICHARD W. ROBERTS
United States District Judge