UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CORNELL D.M. JUDGE CORNISH,    )
                               )
       Plaintiffs,             )
                               )
       v.                      )  Civil Action No. 07-1719 RWR
                               )
JON DUDAS, Under-Secretary of  )
  Commerce for Intellectual    )
  Property and Director of the )
  U.S. Patent and Trademark    )
  Office, et al.,              )
                               )
       Defendants.             )
_____)

DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendants hereby request an enlargement of time within which to respond to Plaintiff's December 18, 2007 filings, up to and including January 7, 2008.

This request is made because undersigned counsel is away from the office on leave and has been unable to discuss with agency counsel whether a response is necessary to Plaintiff's most recent filings and what such a response should be. For these reasons, Defendants ask that they be permitted to respond to the filings on or before January 7, 2008. A

proposed Order consistent with this motion accompanies this motion.

Respectfully submitted,

*/s/ Jeffrey A. Taylor*
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

*/s/ Rudolph Contreras*
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

*/s/ W. Mark Nebeker*
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendants' Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made by mailing copies thereof to:

CORNELL D.M. JUDGE CORNISH, ESQ.
Suite 301
1101 New Hampshire Ave., N.W.
Washington, DC  20037-1502

on this 30th day of December, 2007.

                                  /s/ W. Mark Nebeker
                                  W. MARK NEBEKER, DC Bar #396739
                                  Assistant United States Attorney
                                  Civil Division
                                  555 4th Street, N.W.
                                  Washington, DC  20530
                                  (202) 514-7230

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

CORNELL D.M. JUDGE CORNISH,      )
                                 )
        Plaintiffs,              )
                                 )
    v.                           ) Civil Action No. 07-1719 RWR
                                 )
JON DUDAS, Under-Secretary of    )
  Commerce for Intellectual      )
  Property and Director of the   )
  U.S. Patent and Trademark      )
  Office, et al.,                )
                                 )
        Defendants.              )
_____ )
```

## ORDER

UPON CONSIDERATION of Defendants' Motion For Enlargement Of Time, And Memorandum In Support Thereof, and for the grounds stated therein, and based upon the entire record herein, it is on this _____ day of _____, 200__, hereby

ORDERED that Defendants' Motion For Enlargement Of Time should be and hereby is granted; and it is

FURTHER ORDERED that the time by which Defendants may respond to Plaintiff's December 18, 2007 filings be, and is hereby, enlarged up to and including January 7, 2008.

```
                              _____
                              UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER               CORNELL D.M. JUDGE CORNISH, ESQ.
Assistant U.S. Attorney       Suite 301
555 4th Street, N.W.          1101 New Hampshire Ave., N.W.
Civil Division                Washington, DC  20037-1502
Washington, DC  20530
```