```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

CORNELL D.M. JUDGE CORNISH,       )
                                  )
         Plaintiffs,              )
                                  )
    v.                            )  Civil Action No. 07-1719 RWR
                                  )
JON DUDAS, Under-Secretary of     )
  Commerce for Intellectual       )
  Property and Director of the    )
  U.S. Patent and Trademark       )
  Office, et al.,                 )
                                  )
         Defendants.              )
                                  )
```

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendants hereby request an enlargement of time within which to respond to Plaintiff's December 2007 filings (Docket Nos. 25, 26, 29, 31 and 33), up to and including February 7, 2008.

This request is made because undersigned counsel was away from the office on leave when Plaintiff's filings were entered on the Court's docket and he has been unable to discuss with agency counsel whether a response is necessary to these most recent filings and what such a response should be.  Undersigned counsel returned to the office this week, but learned that agency counsel is not scheduled to return until next week.  Undersigned counsel will then be involved in depositions in one case and a hearing scheduled to begin on Friday, January 11, 2008, in another case.  Plaintiff's filings are lengthy and counsel's responsibilities in other matters, including travel this month to Texarkana, Arkansas

in another case, will not permit him time to formulate a response until February.

For these reasons, Defendants ask that they be permitted to respond to the filings on or before February 7, 2008. A proposed Order consistent with this motion accompanies this motion.

                      Respectfully submitted,

                      _____
                      JEFFREY A. TAYLOR, DC Bar #498610
                      United States Attorney

                      _____
                      RUDOLPH CONTRERAS, DC Bar #434122
                      Assistant United States Attorney

                      _____/s/
                      W. MARK NEBEKER, DC Bar #396739
                      Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Defendants' Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made by mailing copies thereof to:

CORNELL D.M. JUDGE CORNISH, ESQ.  
Suite 301  
1101 New Hampshire Ave., N.W.  
Washington, DC  20037-1502

on this 4th day of January, 2008.

                                                  /s/  
                        W. MARK NEBEKER, DC Bar #396739  
                        Assistant United States Attorney  
                        Civil Division  
                        555 4th Street, N.W.  
                        Washington, DC  20530  
                        (202) 514-7230

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

CORNELL D.M. JUDGE CORNISH,     )
                                )
        Plaintiffs,             )
                                )
    v.                          ) Civil Action No. 07-1719 RWR
                                )
JON DUDAS, Under-Secretary of   )
  Commerce for Intellectual     )
  Property and Director of the  )
  U.S. Patent and Trademark     )
  Office, et al.,               )
                                )
        Defendants.             )
                                )
```

ORDER

UPON CONSIDERATION of Defendants' Motion For Enlargement Of Time, And Memorandum In Support Thereof, and for the grounds stated therein, and based upon the entire record herein, it is on this _____ day of _____, 2008, hereby

ORDERED that Defendants' Motion For Enlargement Of Time should be and hereby is granted; and it is

FURTHER ORDERED that the time by which Defendants may respond to Plaintiff's December 2007 filings (Docket Nos. 25, 26, 29, 31 and 33) be, and is hereby, enlarged up to and including February 7, 2008.

_____
UNITED STATES DISTRICT JUDGE

```
W. MARK NEBEKER               CORNELL D.M. JUDGE CORNISH, ESQ.
Assistant U.S. Attorney       Suite 301
555 4th Street, N.W.          1101 New Hampshire Ave., N.W.
Civil Division                Washington, DC  20037-1502
Washington, DC  20530
```