UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORNELL D.M. JUDGE CORNISH, | ) |
| | ) |
| Plaintiff *Pro Se* | ) |
| | ) |
| v. | ) CASE 07-cv-01719 (RWR) |
| | ) |
| JON DUDAS, et al., | ) |
| | ) |
| Defendants | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME; AND MOTION TO CONTINUE PLAINTIFF'S MOTION TO DENY DEFENDANTS' MOTION TO DISMISS OR, ALTHERNATELY, TO DENY DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rules 12 (b) (1) and 12 (b) (6) of the Federal Rules of Civil Procedure, Plaintiff hereby takes no position in favor of or against Defendants' 12/30/07 Motion for an Enlargement of Time up to an including January 7, 2008. However, Plaintiff continues to Move to Deny Defendants' Motion to Dismiss Or, Alternately, To Deny Defendants' Motion For Summary Judgment pursuant to Fed. Civ. P. 56 (b).

Respectfully submitted,


Respectfully submitted,

*Cornell D. M. Judge Cornish*
Cornell D.M. Judge Cornish
1101 New Hampshire Ave., #301
Washington, DC 20037-1502
(202) 429-9705
cornishj@erols.com

Date: 1/4/08

3

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORNELL D.M. JUDGE CORNISH, )<br>)<br>Plaintiff *Pro Se* )<br>)<br>v. )<br>)<br>JON DUDAS, et al., )<br>)<br>Defendants )<br>_____) | CASE 07-cv-01719 (RWR) |

### ORDER

UPON CONSIDERATION of Plaintiff's Motion in favor of Plaintiff for a Preliminary Injunction, the grounds stated there for, in favor of Plaintiff, and the entire record herein, it is this

_____ day of _____, 2008, hereby

ORDERED that Plaintiff's Motion should be and it hereby is Granted, and it is,

FURTHER ORDERED that Defendants' Motion to Dismiss Or, Alternately For Summary Judgment, should be and it hereby is Denied.

_____
UNITED STATES DISTRICT JUDGE

W. Mark Nebeker
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7230 fax (202) 514-8780

Cornell D.M. Judge Cornish
1101 New Hampshire Ave., #301
Washington, DC 20037-1502
(202) 429-9705
cornishj@erols.com

4

Case 1:07-cv-01719-RWR    Document 44-3    Filed 02/22/2008    Page 1 of 2

Leave to file under seal denied.
Roberts, U.S.D.J. 2-22-08

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

RECEIVED
JAN - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| CORNELL D.M. JUDGE CORNISH, | ) |
| | ) |
| Plaintiff *Pro Se* | ) |
| | ) |
| v. | ) CASE 07-cv-01719 (RWR) |
| | ) |
| JON DUDAS, et al., | ) |
| | ) |
| Defendants | ) |

### NOTICE OF FILING

Plaintiff hereby notifies the Court and Defendants of the filing of the accompanying: 1) Answer to Defendants' Motion for an Enlargement of Time and Memorandum In Support Thereof; 2) Continuation of Plaintiff's Motion to Deny Defendants' Motion to Dismiss Or, in the Alternative, Plaintiff's Motion to Deny Defendants' Motion For Summary Judgment; 2) Supporting Memorandum; 3) Statement of Material Facts; and 4) Request to file all the attachments under seal, noting that they are appropriately redacted for publication, or not in any event warranting redacting under Local Civ. R. 5.4, should the Court wish to publish them, and so, deem them published.

Respectfully submitted,

Cornell D. M. Judge Cornish
Cornell D.M. Judge Cornish
1101 New Hampshire Ave., #301
Washington, DC 20037-1502
(202) 429-9705
cornishj@erols.com

Date: 1/4/08

1

CASE 07-cv-01719 (RWR)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Plaintiff's Unopposed Motion for Enlargement of Time, and Memorandum in Support, and in Support of Plaintiff's Motion under Rule 12 To 'Defer Issues and Controversies that are not ripe for determination have been hand delivering a copy thereof to:

W. Mark Nebeker
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7230 fax (202) 514-8780

on this 4th day of January, 2008.

Respectfully submitted,

Cornell D.M. Judge Cornish
1101 New Hampshire Ave., #301
Washington, DC 20037-1502
(202) 429-9705
cornishj@erols.com

Date: 1/4/08

2