UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

CORNELL D.M. JUDGE CORNISH,         )
                                    )
           Plaintiff *Pro Se*       )
    v.                              )
                                    )   CASE 07-cv-01719 (RWR)
                                    )
JON DUDAS, et al.                   )
                                    )
           Defendants               )
_____ )

### NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given this _____ day of April 2008, that

Cornell D.M. Judge Cornish, Plaintiff *pro se*

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit

from the Minute Orders of 3/03/2008 and 3/24/2008 entered respectively on 3/3/2008 and

3/24/2008 in favor of Jon Dudas, et al, Defendants

against said Cornell D.M. Judge Cornish, Plaintiff *pro se*

_____
Cornell D.M. Judge Cornish, *pro se*

**CLERK**

Please mail copies of the above Notice of Appeal to the following at the addresses Indicated:

W. Mark Nebeker
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530

RECEIVED
APR 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that service of the foregoing Plaintiff's Notice of Appeal has been served by hand by delivering a copy thereof to:**

W. Mark Nebeker
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7230 fax (202) 514-8780

on this              day of April, 2008.


                                          Cornell D.M. Judge Cornish
                                          DC Bar #366240
                                          1101 New Hampshire Ave., NW, Suite 301
                                          **Washington, DC 20037-1502**
                                          **(202) 429-9705**
                                            cornishj@erols.com

Date: