UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
CORNELL D.M. JUDGE CORNISH,    )
                               )
    Plaintiff,                 )
                               )
    v.                         )   Civil Action No. 07-1719 (RWR)
                               )
JON DUDAS, et al.,             )
                               )
    Defendants.                )
_____)
```

**ORDER**

Plaintiff has sought permission to file an interlocutory appeal to challenge the court's denial of his various motions prior to ruling on the defendants' motion to dismiss. It is hereby

ORDERED that plaintiff's motion [52] for permission to file an interlocutory appeal be, and hereby is, DENIED. To the extent plaintiff seeks to appeal the denial of his motions for injunctive relief, he does not need permission from this court before filing an appeal under 28 U.S.C. § 1292(a)(1). To the extent plaintiff seeks permission under § 1292(b) to appeal this court's orders, those orders do not "involve[] a controlling question of law as to which there is substantial ground for difference of opinion[,]" nor would an interlocutory appeal of those orders "materially advance the ultimate termination of the litigation[.]"

SIGNED this 8th day of May, 2008.

```
                        _____/s/_____
                        RICHARD W. ROBERTS
                        United States District Judge
```