UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

___Cornell D. M. Judge Cornish___
Plaintiff

vs.

Civil Action No. _07-1719 (RWR)_

___Jon Dudas, et al___
Defendant

**RECEIVED**

OCT -7 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**NOTICE OF APPEAL**

Notice is hereby given this _7th_ day of _October_, 20_11_, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the _27th_ day of _September_, 20_11_

in favor of _Defendant_

against said _Plaintiff_

___Cornell D. M. Judge Cornish___
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

W. Mark Nebeker, Esq.
Assistant U.S. Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530

Pd. #455.00